JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CV 08-8229 |
|---|---|
| Plaintiff, | ) CONSENT JUDGMENT |
| v. | ) |
| DEBRA L. NILAND, AKA DEBRA KOVEN, | ) |
| Defendant. | ) |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DEBRA L. NILAND, AKA DEBRA KOVEN, in the total amount of $23,654.20.

Dated: 06/05/2009

TERRY NAFISI, CLERK
United States District Court
Central District of California

A. KANNIKE
By: Deputy Clerk

1